RECEIVED
NOV 17 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:11-cr-157 |
| Plaintiff, | ) | |
| v. | ) | **INDICTMENT** |
| JOHN C. KLINE and RANDAL L. WALTERS, | ) | T. 18 U.S.C. § 1344<br>T. 18 U.S.C. § 1343<br>T. 18 U.S.C. § 2 |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all times material to this Indictment:

1. Defendant JOHN C. KLINE was an individual who resided in Polk County, Iowa.

2. Defendant RANDAL L. WALTERS was an individual who resided in Polk County, Iowa.

3. John C. Kline, Inc., was an Iowa corporation and defendant JOHN C. KLINE, was at all material times hereto an owner, agent and officer of said corporation.

4. Meadow Cove, L.C., (hereinafter "Meadow Cove") was an Iowa limited liability corporation and defendants JOHN C. KLINE and RANDAL L. WALTERS, were at all material times hereto owners, agents and officers for said corporation, either directly or through ownership of other entities which controlled the actions and activities of Meadow Cove.

5. The Oaks Development Co., (hereinafter "Oaks Development") was an Iowa partnership and defendants JOHN C. KLINE and RANDAL L. WALTERS, were at all material times hereto

owners, agents and officers for said entity, either directly or through ownership of other entities which controlled the actions and activities of Oaks Development.

6. Meadow Cove was formed primarily for the purpose of constructing and developing a 60-unit condominium project on a parcel of real estate located in the Southern District of Iowa (hereinafter the "Meadow Cove project").

7. John C. Kline, Inc., borrowed money to develop a residential housing project known as Heritage Hills and defendant JOHN C. KLINE, either directly or through ownership of other entities controlled the actions and activities of Heritage Hills.

8. Heritage Hills was a project primarily for the purpose of developing a residential housing project on an approximate 18 acre parcel of real estate located in the Southern District of Iowa (hereinafter the "Heritage Hills project").

9. First Bank was a financial institution as defined by Title 18, United States Code, Section 20, with offices conducting business in the Southern District of Iowa, and the primary lender in the Meadow Cove project.

10. The Meadow Cove project was financed in part by First Bank and included participation financing by at least ten other financial institutions, including: Midwest Independent Bank, The First National Bank of Farragut, Martinsburg Bank and Trust, Keokuk County State Bank and Trust, Farmers and Merchants State Bank, Peoples Savings Bank, First State Bank, Iowa State Savings Bank, Hardin County Savings Bank, Farmers State Bank (now known as Peoples Bank) (collectively referenced hereinafter as "the participant banks").

11. The participant banks on the Meadow Cove project were at all material times hereto financial institutions as defined by Title 18, United States Code, Section 20.

12. First National Bank Midwest was a financial institution as defined by Title 18, United States Code, Section 20, with offices conducting business in the Southern District of Iowa, and the primary lender in the Heritage Hills project.

13. The Heritage Hills project was financed in part by First National Bank Midwest and included participation financing by Keokuk Savings Bank and Trust Company, a financial institution as defined by Title 18, United States, Section 20.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 1**
**(Bank Fraud)**

14. The grand jury re-alleges and incorporates by reference herein paragraphs 1-13 of the Indictment as though set forth in full herein.

15. From on or about November 2004, and ending on or about June 2006, defendants JOHN C. KLINE and RANDAL L. WALTERS knowingly devised, executed, and attempted to execute a scheme and artifice to defraud First Bank and the participating lenders on the Meadow Cove project to obtain monies, funds, credit, and other property from said lenders by means of material falsehoods, false pretenses and false and fraudulent representations.

16. The defendants JOHN C. KLINE and RANDAL L. WALTERS did so with the intent to defraud First Bank and the participating lenders on the Meadow Cove project, who were, at all material times hereto, financial institutions insured by the United States Government.

17. On or about November 30, 2004, Meadow Cove, L.C., entered into a line of credit agreement with First Bank in the amount of $4,500,000 to construct and develop a 60-unit condominium project located in the Southern District of Iowa in Polk County, Iowa.

18. First Bank serviced the loan as primary lender on behalf of the participating banks.

19. From on or about November 30, 2004, until on or about June 13, 2006, various disbursements totaling approximately $4,500,000 were made by First Bank to Meadow Cove, L.C.

20. The disbursements were made in the form of advances by First Bank to a line of credit established for Meadow Cove, L.C., to construct and develop the Meadow Cove project.

21. Pursuant to the terms of the loan to Meadow Cove, L.C., the disbursements made by First Bank on the Meadow Cove project were to be utilized for the construction and development of the Meadow Cove condominium project.

22. It was part of the scheme and artifice alleged herein that defendants JOHN C. KLINE and RANDAL L. WALTERS diverted loan proceeds and caused others to divert loan proceeds borrowed for the Meadow Cove project for their own personal use and for construction and development projects other than the Meadow Cove project.

23. As a further part of the scheme and artifice alleged herein, defendants JOHN C. KLINE and RANDAL L. WALTERS executed the scheme and artifice by diverting loan proceeds or caused others to divert loan proceeds borrowed for the Meadow Cove project for their own personal use or to fund projects other than the Meadow Cove project through various transactions including, but not limited to, the following:

a. On or about December 1, 2004, receiving an advance on the loan proceeds in an amount of $260,309, of which approximately $220,000 of said proceeds were used to assist Oaks Development Company to purchase a condominium in Sarasota, Florida.

b. On or about October 11, 2005, receiving an advance on the loan proceeds in an amount of $494,788.92, of which approximately $350,000 of said proceeds were used to assist Oaks Development Company to cover checks written for $88,000 to John C. Kline; $106,000 to Walters Development Company, Ltd.; $80,000 to Bridgewood Plaza, L.C.; and $56,777.72 to Johnston Land Co. II, L.C.

c. On or about April 4, 2006, receiving two advances on the loan proceeds in the amounts of $204,060 and $400,000, of which approximately $200,000 was used to cover checks to John C. Kline, Inc. and $200,000 to Randy Walters, Inc. to cover at least $200,000 in obligations other than Meadow Cove, L.C., obligations; and of which $69,040 was paid on behalf of an entity known as Griz Lee, L.C., to the Polk County Treasurer for property taxes on a property located in Johnston, Iowa.

d. On or about May 10, 2006, receiving an advance on the loan proceeds in the amount of $251,200, representing the funds were to be used for "frame/lumber/windows" on buildings 3, 4, and 5 of the Meadow Cove project, when in fact the funds were diverted for other purposes as no frame, lumber or windows were ever installed on the lots for buildings 3, 4, or 5 by defendants JOHN C. KLINE or RANDAL L. WALTERS.

24. As a further part of the scheme and artifice alleged herein and in order to induce First Bank to make advances to Meadow Cove, L.C., for the Meadow Cove project, defendants JOHN C.

KLINE and RANDAL L. WALTERS made or caused to be made material misrepresentation to First Bank including, but not limited to, the status of development at the Meadow Cove project, the purposes for which funds advanced were to be utilized, and the extent to which Meadow Cove had received lien waivers from various subcontractors at the Meadow Cove project.

25. From on or about November 2004 until on or about June 2006, defendants JOHN C. KLINE and RANDAL L. WALTERS did execute and attempt to execute the scheme and artifice alleged herein by withdrawing and causing to be withdrawn approximately $4,500,000 in construction and development funds from First Bank, causing a loss to First Bank and the participating banks in the approximate amount of $3,461,670.54.

This is a violation of Title 18, United States Code, Section 1344(1) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**Count 2**
**(Bank Fraud)**

26. The grand jury re-alleges and incorporates by reference herein paragraphs 1-13 of the Indictment as though set forth in full herein.

27. From on or about July 2006 and ending on or about January 2007, defendant JOHN C. KLINE and RANDAL L. WALTERS knowingly devised, executed, and attempted to execute a scheme and artifice to defraud First National Bank Midwest and the participating lender, Keokuk Savings Bank and Trust Company, on the Heritage Hills project to obtain monies, funds, credit, and

other property from said lenders by means of material falsehoods, false pretenses and false and fraudulent representations.

28. The defendants JOHN C. KLINE and RANDAL L. WALTERS did so with the intent to defraud First National Bank Midwest and Keokuk Savings Bank and Trust Company, who were, at all material times hereto, financial institutions insured by the United States Government.

29. On or about July 12, 2006, John C. Kline, Inc., entered into a line of credit agreement with First National Bank Midwest in the amount of $2,200,000 to develop an 18 acre parcel of real estate into a residential housing development located in the Southern District of Iowa in Dallas County, Iowa.

30. First National Bank Midwest serviced the loan as primary lender on behalf of the participating bank.

31. From on or about July 12, 2006, until on or about January 2, 2007, various disbursements totaling approximately $2,200,000 were made by First National Bank Midwest to John C. Kline, Inc., for the Heritage Hills project.

32. The disbursements were made in the form of advances by First National Bank Midwest on a line of credit established for John C. Kline, Inc., to develop the Heritage Hills project.

33. Pursuant to the terms of the loan to John C. Kline, Inc., for the Heritage Hills project, the disbursements by First National Bank Midwest on the Heritage Hills project were to be utilized for the development of the Heritage Hills residential housing development.

34. It was part of the scheme and artifice alleged herein that defendant JOHN C. KLINE and RANDAL L. WALTERS diverted loan proceeds and caused others to divert loan proceeds borrowed

for the Heritage Hills project for their own personal use and for construction and development projects other than the Heritage Hills project.

35. As a further part of the scheme and artifice alleged herein, defendant JOHN C. KLINE and RANDAL L. WALTERS executed the scheme and artifice by diverting loan proceeds and caused others to divert loan proceeds borrowed for the Heritage Hills project for their own personal use and to fund projects other than the Heritage Hills project through various transactions including, but not limited to, the following:

a. On or about October 18, 2006, receiving an advance on the loan proceeds in an amount of $326,405.29, of which approximately $200,000 were used to assist Oaks Development Company to cover checks written for $44,231.25 to Hearthside Homes, Inc.; $29,800 to Sawgrass Townhomes LLC; $26,700 to Meadow Cove, L.C.; $21,300 to The Oaks Development Company payroll account; $23,750 to Five Star Development No. III, LLC; $12,100 to Lighthouse Builders, LC; $6,400 to Five Star Development No. I, LLC; and $5,859.14 to Valley Bank. Sawgrass Townhomes, LLC, Meadow Cove L.C., Five Star Development No. I, LLC, and Five Star Development No. III, LLC were entities in which both defendants JOHN C. KLINE and RANDAL L. WALTERS had ownership interests in and Lighthouse Builders, LC, in which defendant RANDAL L. WALTERS had an ownership interest in.

b. On or about October 20, 2006, receiving an advance on the loan proceeds in an amount of $414,081.89, of which approximately $377,000 of said proceeds were used to assist Oaks Development Company to cover a check written for $377,000 to Hillside Land Co., L.C., a development project in Ankeny, Polk County, Iowa.

36. From on or about July 2006 until on or about January 2007, defendants JOHN C. KLINE and RANDAL L. WALTERS did execute and attempt to execute the scheme and artifice alleged herein by withdrawing and causing to be withdrawn approximately $2,200,000 in development funds from First National Bank Midwest, causing a loss to First National Bank Midwest and Keokuk Savings Bank and Trust Company in the approximate amount of $467,713.

This is a violation of Title 18, United States Code, Section 1344(1) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNTS 3-9**
**(Wire Fraud Affecting a Financial Institution)**

37. The grand jury re-alleges and incorporates by reference herein paragraphs 1-13 of the Indictment as though set forth in full herein.

38. On or about the dates set forth below for each Count, in the Southern District of Iowa and elsewhere, defendants JOHN C. KLINE and RANDAL L. WALTERS, having devised the above-devised schemes and artifices to defraud and obtain money and property by means of material false and fraudulent pretenses for the purpose of executing and in order to effect the schemes and artifices, did knowingly transmit or cause to be transmitted by wire in interstate commerce certain writings, signs, signals, and sounds the items described below, each such transmission being a separate Count of this Indictment:

| Count | Date of Transmission | Wire Transmission |
|---|---|---|
| 3 | December 3, 2004 | Wire communication from Midwest Independent Bank to Hardin County Savings Bank of Eldora, Iowa concerning advance of $72,505.17 for Meadow Cove project |
| 4 | December 13, 2004 | Wire communication from Midwest Independent Bank to Keokuk County State Bank of Sigourney, Iowa concerning advance of $72,505.17 for Meadow Cove project |
| 5 | October 12, 2005 | Wire communication from Midwest Independent Bank to Hardin County Savings Bank of Eldora, Iowa concerning advance of $58,929.36 for Meadow Cove project |
| 6 | October 12, 2005 | Wire communication from Midwest Independent Bank to Keokuk County State Bank of Sigourney, Iowa concerning advance of $58,929.36 for Meadow Cove project |
| 7 | October 12, 2005 | Wire communication from Midwest Independent Bank to Farmers State Bank a/k/a Peoples Bank of Hawarden, Iowa concerning advance of $35,130.01 for Meadow Cove project |
| 8 | April 5, 2006 | Wire communication from Midwest Independent Bank to Hardin County Savings Bank of Eldora, Iowa concerning advance of $47,640 for Meadow Cove project |
| 9 | April 5, 2006 | Wire communication from Midwest Independent Bank to Farmers State Bank a/k/a Peoples Bank of Hawarden, Iowa concerning advance of $28,400 for Meadow Cove project |

Each and every one of the aforementioned Counts (Counts 3-9) is a separate violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL.

*/s/*
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: */s/ William C. Purdy*
William C. Purdy
Assistant United States Attorney