United States District Court
Southern District of Iowa

Presiding: Honorable
AUSA:                                         Defense Counsel:
Number:                                       Court Reporter:
UNITED STATES OF AMERICA                      Interpreter:
     vs.                                    Indictment     Information
                                              Complaint       Warrant
                                        Code Violation/Offense:

Date:
Time Start:          Time End:
..............................................................................................................................
INITIAL APPEARANCE
Defendant Advised of Rights:         ;
to     Retain counsel;     Have CJA appointed counsel;       Have FPD appointed
     Preliminary     Removal Hearing        Arraignment
scheduled for:
..............................................................................................................................
ARRAIGNMENT
Advised of charges/maximum penalties:       ;  Plea of not guilty entered
Indicted in True Name:                      ;     as to count(s):
   True Name:                               ;     Accepted:
Reading of Indictment Waived:               ;  Rule 16 material by:
Trial scheduled for:                        ;  Reciprocal discovery by:
Motion to continue trial ddl:               ;  Pretrial motions by:
                                            ;  Plea notification deadline:
..............................................................................................................................
BOND
Bond previously set: $              ;  Bond set: $                        ;
Motions for detention:     ; Detention hearing set:                       ;
     Bond Continued     Deft. Committed
..............................................................................................................................
Minutes:




                                                              Deputy Clerk